UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR SEARCH WARRANTS FOR THE
PREMISES KNOWN AND DESCRIBED AS:

AKR INCORPORATED
100 SWEENEYDALE AVENUE
BAYSHORE, NEW YORK, et.al.,                    UNSEALING ORDER

- against -
                                               14-0685(M)

          Defendant.

- - - - - - - - - - - - - - - -X

UPON THE APPLICATION of the United States by Charles P. Kelly,

Assistant United States Attorney, on behalf of LORETTA E. LYNCH,

United States Attorney for the Eastern District of New York,

it is hereby,

          ORDERED that this entire file, including, but not

limited to the Affidavit in Support of Application for Search

Warrants dated July 24, 2014, previously sealed by court order

of Honorable William D. Wall, be unsealed in its entirety.

Dated: Central Islip, New York.
       January 23, 2015

                              SO ORDERED

                              _____
                              HON. GARY R. BROWN
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK